| CH. 13 PLAN - DEBTS SHEET | | | | Date: | 2/17/11 |
| --- | --- | --- | --- | --- | --- |
| | | | | Lastname-SS#: | Thurman-4228 Amended |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Retain | Creditor Name | Sch D | Description of Collateral |
| --- | --- | --- | --- |
| | 0 | | 0 |
| | 0 | | 0 |
| | 0 | | 0 |
| | 0 | | 0 |
| | 0 | | 0 |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
| --- | --- |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |

### ARREARAGE CLAIMS

| Retain | Creditor Name | Sch D # | Arrearage Amount | (See †) |
| --- | --- | --- | --- | --- |
| | 0 | | $0 | ** |
| | 0 | | $0 | ** |
| | 0 | | $0 | ** |
| | 0 | | $0 | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
| --- | --- |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| Retain | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 0 | | $0 | N/A | n/a | $0.00 | 0 |
| | 0 | | $0 | N/A | n/a | $0.00 | 0 |
| | 0 | | $0 | N/A | n/a | $0.00 | 0 |
| | 0 | | $0 | N/A | n/a | $0.00 | 0 |

### STD - SECURED DEBTS @ FMV

| Retain | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Description of Collateral |
| --- | --- | --- | --- | --- | --- | --- |
| | Wells Fargo | | $103,293 | 5.25 | $912.25 | House, Land & Escrow |
| | 0 | | $0 | 5.00 | $0 | 0 |
| | 0 | | $0 | 5.00 | $0 | 0 |
| | 0 | | $0 | 5.00 | $0 | 0 |

### STD - SECURED DEBTS @ 100%

| Retain | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Crown Capital | | $5,277 | 5.25 | $42 | $102.46 | 2002 Saturn Vue |

| ATTORNEY FEE (Unpaid part) | Amount |
| --- | --- |
| Law Offices of John T. Orcutt, P.C. | $2,800 |
| **SECURED TAXES** | **Secured Amt** |
| | |
| IRS Tax Liens | $0 |
| Real Property Taxes on Retained Realty | $0 |
| **UNSECURED PRIORITY DEBTS** | **Amount** |
| IRS Taxes | $626 |
| State Taxes | $179 |
| Personal Property Taxes | $0 |
| Alimony or Child Support Arrearage | $0 |
| **CO-SIGN PROTECT (Pay 100%)** Int.% | Payoff Amt |
| All Co-Sign Protect Debts (See*) 0% | $0 |
| **GENERAL NON-PRIORITY UNSECURED** | **Amount**** |
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,033** per month for **60** months, then

approximately

$ **$69,644** on o before the 60th month

Adequate Protection Payment Period: **0.00** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE     (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

**Other Miscellaneous Provisions**
Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate

The Debtor will pay Wells Fargo the Fair Market Value of the property located at 9 Halyard Court Durham, NC 27713 in the amount of $103,293.00, at 5.25% interest. Adequate Protection Payments shall be in the amount of $912.25 per month, which is equivalent to the contractually due on-going payment. On or before the 60th month of this case, the Debtor will refinance the property for the outstanding balance. Wells Fargo shall also recieve upon Confirmation a lump sum distribution of at least $2,567.00.

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

In re:
Cathy Thurman

Case No. 10-81698

Mailing Address: 9 Halyard Court, Durham NC 27713

Debtor(s).

**CERTIFICATE OF SERVICE**

I, Koury HIcks, of the Law Offices of John T. Orcutt, P.C., certify under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on March 21, 2011, I served copies of the Amended Chapter 13 plan for this case, by regular U.S. mail, or electronic servicing when appropriate upon the following parties:

Chapter 13 Trustee

U.S. Bankruptcy Administrator

Wells Fargo Bank, NA
ATTN: Managing Agent
MAC X2501-01D
One Home Campus
Des Moines, IA 50328

Sean Michael Corcoran
Brock and Scott, PLLC, Attorneys for
Wells Fargo Bank NA
Suite 300
5121 Parkway Plaza Blvd.
Charlotte, NC 28217

/s Koury L. Hicks

Koury L. Hicks