C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF:<br>Cathy L. Thurman<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>) | No. B-10-81698 C-13D |

## ORDER OVERRULING OBJECTION TO CONFIRMATION

On June 16, 2011, a hearing was held on Objection by Wells Fargo Bank to the proposed Confirmation Order in this case. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor, and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee and stated to the Court that all matters in controversy had been settled. The Court, after considering the Objection and having heard and considered the statements of the attorney for the Trustee, finds that the Debtor's proposed plan should be confirmed as modified in accordance with the provisions of 11 U.S.C. §1325; therefore, by and with the consent of the parties, it is

ORDERED that the Objection by Wells Fargo Bank to confirmation of the Debtor's proposed plan is overruled and the Debtor's proposed plan is confirmed as modified pursuant to the provisions of a separate Order of this Court.

**PARTIES IN INTEREST**
**Page 1 of 1**
**10-81698 C-13D**

Cathy L. Thurman
PO Box 51361
Durham, NC  27717

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Sean M. Corcoran, Esq.
5121 Parkway Plaza Blvd., Ste. 300
Charlotte, NC 28217